UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

TODD C.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 3:17-cv-00550-HZ

ORDER

HERNÁNDEZ, District Judge:

    Pursuant to 42 USC 406(b) it is hereby ordered that attorney's fees of $3,741.18 shall be awarded to Plaintiff's counsel. The attorney fee of $6,093.67 allowed pursuant to the Equal Access to Justice Act already has been deducted from the gross fee amount contemplated by 42 USC 406(b). The check for the net 42 USC 406(b) fees shall be made payable to Brian Scott Wayson. Any check for 42 USC 406(b) fees shall be mailed to Plaintiff's counsel, Brian Scott Wayson, at PO Box 12028 Portland, OR 97212.

    IT IS SO ORDERED.

DATED: \_\_\_\_\_June 29, 2020\_\_\_\_\_.

_____
Marco A. Hernández
United States District Judge

1 - ORDER